UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X
                                                    :
WILLIE MADDIX,                                      :          **<u>NOTICE OF APPEAL</u>**
                                                    :
                              Plaintiff,            :          25 CV 1909 (HG)
                                                    :
        -against-                                   :
                                                    :
THE CITY OF NEW YORK, MARRIOTT                      :
HOTEL SERVICES, INC., and MARRIOTT                  :
INTERNATIONAL, INC.,                                :
                                                    :
                              Defendants.           :
                                                    :
———————————————————————X

        PLEASE TAKE NOTICE, that Plaintiff Willie Maddix hereby appeals to the United States

Court of Appeals for the Second Circuit from an April 8, 2026, Memorandum & Order (Gonzalez,

J.) granting Defendants' motions to dismiss his First Amended Complaint, and Judgment of that

same Court dated April 9, 2026, and entered that same, day, entering judgment in favor of

Defendants.

Dated:          April 16, 2026
                New York, New York




                                        Andrew M. Stengel, Esq.
                                        The Law Firm of Andrew M. Stengel, P.C.
                                        *Attorneys for Willie Maddix*
                                        11 Broadway Suite 715
                                        New York, New York 10004
                                        Tel: 212-634-9222
                                        Fax: 212-634-9223
                                        Email: andrew@stengellaw.com

APPEAL,ACO,DJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25−cv−01909−HG

| | |
|---|---|
| Maddix v. The City of New York et al | Date Filed: 04/08/2025 |
| Assigned to: Judge Hector Gonzalez | Date Terminated: 04/09/2026 |
| Demand: $100,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Willie Maddix**                    represented by    **Andrew M. Stengel**
The Law Firm of Andrew M. Stengel
New York
11 Broadway
Suite 715
New York
New York, NY 10004
212−634−9222
Fax: 212−634−9223
Email: andrew@stengellaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**            represented by    **Kavin Suresh Thadani**
New York City Law Department
100 Church Street, Rm 3−195
New York, NY 10007
212−356−2351
Fax: 212−356−3509
Email: kthadani@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary O'Flynn**
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
212−356−2352
Fax: (212) 788−9776
Email: moflynn@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marriott Hotel Services, Inc.**    represented by    **Emily Seiderman West**
Venable LLP
Litigation
151 W. 42nd Street
49th Floor
New York, NY 10036
212−503−9816
Email: EAWest@Venable.com
*ATTORNEY TO BE NOTICED*

**Konstantinos Dimitrios Katsiris**
Venable LLP
151 West 42nd Street

Ste 49th Floor
New York, NY 10036
212–307–5500
Email: kdkatsiris@venable.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marriott International, Inc.**                    represented by    **Emily Seiderman West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Konstantinos Dimitrios Katsiris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle Reeves**
*TERMINATED: 05/29/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2025 | 1 | COMPLAINT against All Defendants filing fee $ 405, receipt number ANYEDC–18930751 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Willie Maddix. (Attachments: # 1 Exhibit KCDA DI Directive On Custodies, # 2 Exhibit KCDA Prisoner Form, # 3 Exhibit KCDA Hotel Reservation Letter, # 4 Exhibit Excerpt of DA Hynes Deposition, # 5 Exhibit People v. Collins MWO Materials, # 6 Exhibit People v. Ellis MWO Materials, # 7 Exhibit People v. Spruill MWO Materials, # 8 Exhibit Appearance Transcript in People v. Wagstaffe, # 9 Exhibit FBI Report Regarding Hynes' Probable Criminal Activity, June 23, 2014, # 10 Exhibit KCDA Custody Reservation Request For DeJesus, # 11 Exhibit KCDA Custody Schedule, # 12 Exhibit KCDA Hotel Reservation Letter For DeJesus, # 13 Exhibit KCDA Riding Policy Memorandum, # 14 Exhibit KCDA CLE Tips for New Prosecutors, Kings County DA, # 15 Exhibit List of 78 Court Decisions, # 16 Exhibit Letter of Kellner's Attorney to. Kings County DA's Office Requesting Brady Material, July 13, 2013, # 17 Exhibit Kings County DA's Office July 5, 2013, Letter, Personally Edited By Hynes, # 18 Exhibit Email of Chief of Trials Joseph Alexis to Rackets Division Chief Michael F. Vecchione, July 2, 2013, # 19 Exhibit ADA Rebecca Gingold's June 7, 2012, Memo to Michael Vecchione in People v. Crooks, Kings County Ind. No. 5226–11, # 20 Exhibit Hynes' Email to Michael Vecchione, June 24, 2012, # 21 Exhibit KCDA FOIL Memo, # 22 Exhibit Affidavit of Material Witness Richard Rivera, # 23 Civil Cover Sheet, # 24 Proposed Summons) (Stengel, Andrew) (Entered: 04/08/2025) |
| 04/08/2025 |  | Case Assigned to Judge Hector Gonzalez. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CV) (Entered: 04/08/2025) |
| 04/08/2025 | 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (CV) (Entered: 04/08/2025) |
| 04/08/2025 | 3 | Summons Issued as to Marriott Hotel Services, Inc., Marriott International, Inc., Kyle Reeves, The City of New York. (CV) (Entered: 04/08/2025) |

| | | |
|---|---|---|
| 04/08/2025 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (CV) (Entered: 04/08/2025) |
| 04/08/2025 | | ORDER: Plaintiff shall file a letter no longer than three pages on or before April 29, 2025, describing Plaintiff's efforts to serve Plaintiff's complaint and a summons on each Defendant. If Plaintiff fails to file the letter required by this order, or if Plaintiff's letter demonstrates a lack of diligence in attempting service, then the Court is unlikely to extend the deadline for Plaintiff to complete service under Rule 4(m) in the absence of unusual circumstances demonstrating good cause.<br><br>The Court will not extend the deadline for Plaintiff to file the letter required by this order unless Plaintiff requests an extension in accordance with Section I.D of the Court's Individual Practices. Ordered by Judge Hector Gonzalez on 4/8/2025. (RCM) (Entered: 04/08/2025) |
| 04/22/2025 | 5 | AMENDED COMPLAINT *FIRST* against All Defendants, filed by Willie Maddix. (Attachments: # 1 Exhibit KCDA DI Directive On Custodies, # 2 Exhibit KCDA Prisoner Form, # 3 Exhibit KCDA Hotel Reservation Letter, # 4 Exhibit Excerpt of DA Hynes Deposition, # 5 Exhibit People v. Collins MWO Materials, # 6 Exhibit People v. Ellis MWO Materials, # 7 Exhibit People v. Spruill MWO Materials, # 8 Exhibit People v. Spruill MWO Materials, # 9 Exhibit FBI Report Regarding Hynes' Probable Criminal Activity, June 23, 2014, # 10 Exhibit KCDA Custody Reservation Request For DeJesus, # 11 Exhibit KCDA Custody Schedule, # 12 Exhibit KCDA Hotel Reservation Letter For DeJesus, # 13 Exhibit KCDA Riding Policy Memorandum, # 14 Exhibit KCDA CLE Tips for New Prosecutors, Kings County DA, # 15 Exhibit List of 78 Court Decisions, # 16 Exhibit Letter of Kellner's Attorney to. Kings County DA's Office Requesting Brady Material, July 13, 2013, # 17 Exhibit Kings County DA's Office July 5, 2013, Letter, Personally Edited By Hynes, # 18 Exhibit Email of Chief of Trials Joseph Alexis to Rackets Division Chief Michael F. Vecchione, July 2, 2013, # 19 Exhibit ADA Rebecca Gingold's June 7, 2012, Memo to Michael Vecchione in People v. Crooks, Kings County Ind. No. 5226–11, # 20 Exhibit Hynes' Email to Michael Vecchione, June 24, 2012, # 21 Exhibit KCDA FOIL Memo, # 22 Exhibit Affidavit of Material Witness Richard Rivera, # 23 Proposed Summons) (Stengel, Andrew) (Entered: 04/22/2025) |
| 04/24/2025 | 6 | SUMMONS Returned Executed by Willie Maddix. The City of New York served on 4/24/2025, answer due 5/15/2025. (Stengel, Andrew) (Entered: 04/24/2025) |
| 04/24/2025 | 7 | SUMMONS Returned Executed by Willie Maddix. Marriott Hotel Services, Inc. served on 4/24/2025, answer due 5/15/2025. (Stengel, Andrew) (Entered: 04/24/2025) |
| 04/24/2025 | 8 | SUMMONS Returned Executed by Willie Maddix. Marriott International, Inc. served on 4/24/2025, answer due 5/15/2025. (Stengel, Andrew) (Entered: 04/24/2025) |
| 04/29/2025 | 9 | STATUS REPORT *Re: Service of Defendants* by Willie Maddix (Stengel, Andrew) (Entered: 04/29/2025) |
| 04/29/2025 | 10 | SUMMONS Returned Executed by Willie Maddix. Kyle Reeves served on 4/28/2025, answer due 5/19/2025. (Stengel, Andrew) (Entered: 04/29/2025) |
| 04/29/2025 | 11 | SCHEDULING ORDER: Counsel for all parties are directed to file on the docket a joint letter describing the case and a completed civil case management plan by May 29, 2025, as further described in the attached mandatory requirements. Requests for adjournment of the deadline for these submissions will be considered only if made in writing and otherwise in accordance with Section I.C of the Court's Individual Practices. Plaintiff's counsel shall notify Defendants' counsel of this scheduling order, in writing, as soon as reasonably possible.<br><br>Although the Court will be amenable to a reasonable extension of Defendants' deadline to answer or otherwise respond to Plaintiff's complaint, the Court will require the parties to demonstrate additional good cause to adjourn the deadline for filing the joint letter and proposed case management plan required by this order because the Court does not need Defendants' answer to set a discovery schedule. Ordered by Judge Hector Gonzalez on 4/29/2025. (RCM) (Entered: 04/29/2025) |
| 05/07/2025 | 12 | First MOTION for Extension of Time to File *Conduct R.26 Conf.* by Willie Maddix. (Stengel, Andrew) (Entered: 05/07/2025) |

| 05/07/2025 | | ORDER granting 12 Motion for Extension of Time. Ordered by Judge Hector Gonzalez on 5/7/2025. (RCM) (Entered: 05/07/2025) |
|---|---|---|
| 05/12/2025 | 13 | NOTICE of Appearance by Konstantinos Dimitrios Katsiris on behalf of Marriott Hotel Services, Inc., Marriott International, Inc. (aty to be noticed) (Katsiris, Konstantinos) (Entered: 05/12/2025) |
| 05/12/2025 | 14 | NOTICE of Appearance by Emily Seiderman West on behalf of Marriott Hotel Services, Inc., Marriott International, Inc. (aty to be noticed) (West, Emily) (Entered: 05/12/2025) |
| 05/12/2025 | 15 | Corporate Disclosure Statement by Marriott Hotel Services, Inc., Marriott International, Inc. identifying Corporate Parent Marriott International, Inc. for Marriott Hotel Services, Inc.. (West, Emily) (Entered: 05/12/2025) |
| 05/12/2025 | 16 | Letter MOTION for Extension of Time to File Answer re 5 Amended Complaint,,,,,, / *Marriott Defendants' Letter Motion Requesting Extension of Time to Respond to the Amended Complaint* by Marriott Hotel Services, Inc., Marriott International, Inc.. (West, Emily) (Entered: 05/12/2025) |
| 05/13/2025 | | ORDER granting 16 Motion for Extension of Time to Answer: Marriott Hotel Services, Inc. answer due 6/27/2025; Marriott International, Inc. answer due 6/27/2025. Ordered by Judge Hector Gonzalez on 5/13/2025. (RCM) (Entered: 05/13/2025) |
| 05/14/2025 | 17 | First MOTION for Extension of Time to File Answer re 5 Amended Complaint,,,,,, *until July 14, 2025* by The City of New York. (O'Flynn, Mary) (Entered: 05/14/2025) |
| 05/14/2025 | | ORDER granting 17 Motion for Extension of Time to Answer: The City of New York's motion for an extension of time to July 14, 2025, to answer or otherwise move on the Amended Complaint is GRANTED. Plaintiff consents to an extension of time only to June 27, 2025, but in light of the factors identified in the City's letter, a lengthier extension is appropriate here. Ordered by Judge Hector Gonzalez on 5/14/2025. (RCM) (Entered: 05/14/2025) |
| 05/15/2025 | 18 | NOTICE of Appearance by Kavin Suresh Thadani on behalf of The City of New York (aty to be noticed) (Thadani, Kavin) (Entered: 05/15/2025) |
| 05/16/2025 | 19 | MOTION to Adjourn Conference – *Motion to Adjourn Parties' Rule 26(f) Conference, Proposed Case Management Plan, and Joint Letter Describing The Case* by The City of New York. (Thadani, Kavin) (Entered: 05/16/2025) |
| 05/16/2025 | 20 | First MOTION to Adjourn Conference *Plaintiff's Oppostion* by Willie Maddix. (Stengel, Andrew) (Entered: 05/16/2025) |
| 05/19/2025 | | ORDER: Defendant the City of New York has moved for an adjournment of the Court's prior Order requiring, *inter alia*, the submission of a proposed case management plan. *See* ECF No. 19 . The Marriott Defendants join that motion. *See id.* at 2. Plaintiff opposes the motion. *See* ECF No. 20 . The Court agrees with Plaintiff's characterization of the letter motion as essentially seeking a discovery stay. In determining the propriety of a stay, the Court assesses, *inter alia*, "(1) whether the defendant has made a strong showing that the plaintiff's claim is unmeritorious; (2) the breadth of discovery and the burden of responding to it; and (3) the risk of unfair prejudice to the party opposing the stay." *See Chesney v. Valley Stream Union Free Sch. Dist. No. 24*, 236 F.R.D. 113, 115 (E.D.N.Y. 2006) (citation omitted). The Court is unable to adequately assess those factors based on the papers before it. With the benefit of each other's papers, the Court directs the parties to prepare a joint submission consistent with Section IA.V.1 of the Court's Individual Practices on or before May 27, 2025. So that the parties may adequately present the Court with information concerning the first stay factor regarding the merits of Plaintiff's claims, the parties may jointly file up to 10 pages. For administrative convenience only, the Court adjourns the requirements of the Court's April 29, 2025, Order, ECF No. 11 , as to all parties, pending the outcome of the stay motion, which the Court will resolve expeditiously after the receipt of the forthcoming joint letter, and terminates the letter motions currently docketed at ECF Nos. 19 and 20 . Ordered by Judge Hector Gonzalez on 5/19/2025. (PN) (Entered: 05/19/2025) |

| 05/27/2025 | 21 | Letter *Joint Letter Addressing First Stay Factor Regarding Merits of Plaintiff's Claims* by Willie Maddix (Stengel, Andrew) (Entered: 05/27/2025) |
|---|---|---|
| 05/27/2025 | 22 | Letter *re: Purported "Joint" Letter filed by Plaintiff* by The City of New York (Thadani, Kavin) (Entered: 05/27/2025) |
| 05/29/2025 | 23 | ORDER: For the reasons provided in the attached Order, the motion to stay, ECF No. 21 , is GRANTED. The Court vacates its prior scheduling order, and the parties need not submit a joint letter or proposed case management plan at this juncture. *See* ECF No. 11 . The Clerk of Court is respectfully directed to terminate Defendant Reeves from the docket. Ordered by Judge Hector Gonzalez on 5/29/2025. (RCM) (Entered: 05/29/2025) |
| 05/29/2025 | | Order Dismissing Parties: Party Kyle Reeves terminated. Ordered by Judge Hector Gonzalez on 5/29/2025. (RCM) (Entered: 05/29/2025) |
| 06/27/2025 | 24 | Letter MOTION for Leave to File Document *Marriott Defendants' Letter Motion Requesting Leave to File a Motion to Dismiss* by Marriott Hotel Services, Inc., Marriott International, Inc.. (West, Emily) (Entered: 06/27/2025) |
| 06/30/2025 | | ORDER: Marriott Defendants have filed a pre–motion letter in anticipation of a proposed motion to dismiss Plaintiff's amended complaint. *See* ECF No. 24 . In that letter, Marriott Defendants also request that the briefing schedule for their forthcoming motion to dismiss be aligned with the City's briefing schedule. The Court grants the motion to align the briefing schedules and, as such, extends the deadline for Plaintiff to respond to Marriott Defendants' letter. If the City also files a pre–motion letter in anticipation of a motion to dismiss, Plaintiff is directed to file one oversized responsive letter, not to exceed six pages, on or before July 21, 2025. If the City answers the amended complaint, Plaintiff's deadline to respond to Marriott Defendants' letter shall remain July 21, 2025. In either event, in Plaintiff's responsive letter, Plaintiff shall address whether he believes the amended complaint can be further amended to address the issues raised in Defendants' letter(s). Ordered by Judge Hector Gonzalez on 6/30/2025. (PN) (Entered: 06/30/2025) |
| 07/14/2025 | 25 | Letter MOTION for pre motion conference *re: Anticipated Motion to Dismiss* by The City of New York. (Thadani, Kavin) (Entered: 07/14/2025) |
| 07/16/2025 | | ORDER: Defendant has filed a pre–motion letter in anticipation of a proposed motion to dismiss Plaintiff's complaint. *See* ECF No. 25 . Plaintiff shall file a responsive letter that complies with Section IV.A of the Court's Individual Practices on or before July 23, 2025, which shall address whether Plaintiff believes the complaint can be amended to address the issues raised in Defendant's letter. Ordered by Judge Hector Gonzalez on 7/16/2025. (PN) (Entered: 07/16/2025) |
| 07/21/2025 | 26 | RESPONSE in Opposition re 25 Letter MOTION for pre motion conference *re: Anticipated Motion to Dismiss by Defendant City and Marriott Defendants* filed by Willie Maddix. (Attachments: # 1 Exhibit KCDA Hotel Custody Log) (Stengel, Andrew) (Entered: 07/21/2025) |
| 07/24/2025 | | ORDER: The Court denies City Defendant's request for a pre–motion conference, *see* ECF No. 25 , because the Court deems a conference to be unnecessary. All Defendants shall file opening papers in support of their motions to dismiss on or before September 1, 2025. Plaintiff shall file opposition papers on or before October 1, 2025, and Defendants shall file reply papers on or before October 15, 2025. The parties' motion papers shall comply with the page limits and other requirements described in Section IV.B of the Court's Individual Practices.<br><br>Although the Court's prior orders expressly asked Plaintiff to explain whether Plaintiff believes the complaint can be further amended to address the issues raised in Defendants' pre–motion letters, Plaintiff's response to Defendants' letters states that Plaintiff does not intend to further amend the complaint. *See* ECF No. 26 at 5 n.3. The Court warns Plaintiff that it will not *sua sponte* consider whether Plaintiff should receive leave to file an amended complaint if the Court grants Defendants' motions to dismiss because although, "in general, courts should freely give leave to amend pleadings when justice so requires," "no court can be said to have erred in failing to grant a request that was not made." *Hu v. City of New York*, 927 F.3d 81, 107 (2d Cir. 2019) (affirming dismissal of complaint without leave to amend). Similarly, if Plaintiff |

| | | |
|---|---|---|
| | | attempts to request leave to amend in Plaintiff's opposition brief, without proposing any specific amendments, the Court will not be inclined to grant leave to amend because "denial of leave to amend is proper where the request gives no clue as to how the complaint's defects would be cured." *Noto v. 22nd Century Grp., Inc.*, 35 F.4th 95, 107 (2d Cir. 2022) (affirming denial of leave to amend).<br><br>Accordingly, if Plaintiff intends to request leave to amend the complaint, Plaintiff shall either: (a) file a letter no longer than three pages on or before August 1, 2025, requesting leave to amend and describing generally Plaintiff's anticipated amendments, or (b) include as an exhibit to Plaintiff's brief in opposition to Defendants' motions to dismiss a proposed amended complaint and explain in Plaintiff's opposition brief why the proposed amendments would not be futile. If Plaintiff files a proposed amended complaint, Plaintiff shall also file a blackline version, or similar comparison, that shows which portions differ from Plaintiff's current complaint. Ordered by Judge Hector Gonzalez on 7/24/2025. (CBF) (Entered: 07/24/2025) |
| 07/30/2025 | | ORDER: In light of the parties' communications with Chambers concerning the Court's July 24, 2025, Text Order, the Court modifies the deadline for Defendants' opening papers in support of their motions to dismiss. All Defendants shall file their opening papers in support of their motions to dismiss on or before September 2, 2025. All other deadlines remain in effect. Ordered by Judge Hector Gonzalez on July 30, 2025. (PN) (Entered: 07/30/2025) |
| 07/30/2025 | 27 | Letter *in response to he Court's July 25, 2025, order, concerning a possible amendment* by Willie Maddix (Attachments: # 1 Exhibit KCDA Hotel Custody Log) (Stengel, Andrew) (Entered: 07/30/2025) |
| 09/02/2025 | 28 | Notice of MOTION to Dismiss for Failure to State a Claim by The City of New York. (Thadani, Kavin) (Entered: 09/02/2025) |
| 09/02/2025 | 29 | AFFIDAVIT/DECLARATION in Support re 28 Notice of MOTION to Dismiss for Failure to State a Claim filed by The City of New York. (Attachments: # 1 Exhibit A – Respondent's Brief, # 2 Exhibit B – Material Witness Order and Affirmation in Support) (Thadani, Kavin) (Entered: 09/02/2025) |
| 09/02/2025 | 30 | MEMORANDUM in Support re 28 Notice of MOTION to Dismiss for Failure to State a Claim filed by The City of New York. (Thadani, Kavin) (Entered: 09/02/2025) |
| 09/02/2025 | 31 | MOTION to Dismiss for Failure to State a Claim *in the First Amended Complaint* by Marriott Hotel Services, Inc., Marriott International, Inc.. (Katsiris, Konstantinos) (Entered: 09/02/2025) |
| 09/02/2025 | 32 | MEMORANDUM in Support re 31 MOTION to Dismiss for Failure to State a Claim *in the First Amended Complaint* filed by Marriott Hotel Services, Inc., Marriott International, Inc.. (Katsiris, Konstantinos) (Entered: 09/02/2025) |
| 09/02/2025 | 33 | AFFIDAVIT/DECLARATION in Support re 31 MOTION to Dismiss for Failure to State a Claim *in the First Amended Complaint* filed by Marriott Hotel Services, Inc., Marriott International, Inc.. (Attachments: # 1 Complaint filed in Collins v. City of New York, et al., 11–CV–766, # 2 Amended Complaint filed in Quezada v. City of New York, 16–CV–6577, # 3 Complaint filed in Cooper v. City of New York, et. al., 21–CV–4171) (West, Emily) (Entered: 09/02/2025) |
| 10/01/2025 | 34 | MEMORANDUM in Opposition re 29 Affidavit in Support of Motion, 30 Memorandum in Support, 28 Notice of MOTION to Dismiss for Failure to State a Claim filed by Willie Maddix. (Stengel, Andrew) (Entered: 10/01/2025) |
| 10/01/2025 | 35 | MEMORANDUM in Opposition re 32 Memorandum in Support, 31 MOTION to Dismiss for Failure to State a Claim *in the First Amended Complaint*, 33 Affidavit in Support of Motion, filed by Willie Maddix. (Stengel, Andrew) (Entered: 10/01/2025) |
| 10/14/2025 | 36 | REPLY in Support re 28 Notice of MOTION to Dismiss for Failure to State a Claim filed by The City of New York. (Thadani, Kavin) (Entered: 10/14/2025) |
| 10/15/2025 | 37 | REPLY in Support re 31 MOTION to Dismiss for Failure to State a Claim *in the First Amended Complaint* filed by Marriott Hotel Services, Inc., Marriott International, Inc.. (Katsiris, Konstantinos) (Entered: 10/15/2025) |

| 03/21/2026 | 38 | Letter *Re: U.S. Supreme Court decision in Olivier v. Brandon* by Willie Maddix (Attachments: # 1 Oliver v. Brandon) (Stengel, Andrew) (Entered: 03/21/2026) |
|---|---|---|
| 03/23/2026 | 39 | Letter *in response to plaintiff's March 21, 2026 letter* by The City of New York (Thadani, Kavin) (Entered: 03/23/2026) |
| 04/03/2026 | 40 | Letter *Re: U.S. Supreme Court denial of certiorari in Wilson v. Midland County, Doc. No. No. 24–672* by Willie Maddix (Stengel, Andrew) (Entered: 04/03/2026) |
| 04/06/2026 | 41 | Letter *in response to plaintiff's April 3, 2026 letter* by The City of New York (Thadani, Kavin) (Entered: 04/06/2026) |
| 04/08/2026 | 42 | ORDER: For the reasons set forth in the accompanying Order, the Court GRANTS Defendants' motions, ECF Nos. 28 and 31 , and DISMISSES Plaintiff's Amended Complaint in its entirety pursuant to Rule 12(b)(6). The Clerk of Court is respectfully directed to enter judgment consistent with this Order and close this case. Ordered by Judge Hector Gonzalez on 4/8/2026. (WCB) (Entered: 04/08/2026) |
| 04/09/2026 | 43 | CLERK'S JUDGMENT: that judgment is hereby entered in favor of Defendants. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 4/9/2026. (JP) (Entered: 04/09/2026) |
| 05/04/2026 | 44 | NOTICE OF APPEAL as to 42 Order on Motion to Dismiss for Failure to State a Claim,,, 43 Clerk's Judgment by Willie Maddix. Filing fee $ 605, receipt number ANYEDC–20179931. Appeal Record due by 5/11/2026. (Stengel, Andrew) (Entered: 05/04/2026) |
| 05/04/2026 |  | Electronic Index to Record on Appeal sent to US Court of Appeals. 44 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 05/04/2026) |