## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maddix v. City of New York _____ Docket No.: 26-1246 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Richard P. Dearing

Firm: New York City Law Department

Address: 100 Church Street, New York NY 10007

Telephone: 212-356-2500 _____ Fax: _____

E-mail: rdearing@law.nyc.gov

**Appearance for:** City of New York / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Bo Malin-Mayor / New York City Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on June 12, 2025 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Richard P. Dearing

Type or Print Name: Richard P. Dearing