## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Maddix v. City of New York     Docket No.: 26-1246

Lead Counsel of Record (name/firm) or Pro se Party (name): Konstantinos D. Katsiris / Venable LLP

Appearance for (party/designation): Marriott Hotel Services, Inc. and Marriott International, Inc. (Defendants-Appellees)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Konstantinos D. Katsiris
Firm: Venable LLP
Address: 151 West 42nd Street, New York, NY 10036
Telephone: 212-307-5500          Fax: _____
Email: kdkatsiris@venable.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
September 19, 2024 _____ OR that ([ ]) I applied for admission on_____or renewal on
_____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: Konstantinos D. Katsiris
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.