## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Maddix v. City of New York     Docket No.: 26-1246

Lead Counsel of Record (name/firm) or Pro se Party (name): Bo Malin-Mayor / New York City Law Department

Appearance for (party/designation): City of New York / Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect.   The following parties do not wish to participate in this appeal:
     Parties: _____
(☐) Incorrect.   Please change the following parties' designations:
     Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Bo Malin-Mayor
Firm: New York City Law Department
Address: 100 Church Street, New York NY 10007
Telephone: 212-356-0820          Fax: 212-356-1148
Email: bmalin@law.nyc.gov

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously.   The short title, docket number, and citation are:_____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Bo Malin-Mayor
Type or Print Name: Bo Malin-Mayor
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.