**THE LAW FIRM OF ANDREW M. STENGEL P.C.**
**11 BROADWAY, SUITE 715**
**NEW YORK, NEW YORK 10004**
**(212) 634-9222 | ANDREW@STENGELLAW.COM | (212) 634-9223 (FAX)**

June 1, 2026

**By ECF**
Clerk
United States Court of Appeals
Second Circuit
40 Foley Square
New York, New York 10007

     Re:    *Maddix v. The City of New York,* Doc. No. 26-1246
              Scheduling Request for Appellant's Brief

To the Clerk of the Court:

    I represent Appellant Willie Maddix in this appeal from the dismissal of his 42 U.S.C. § 1983 action stemming from his wrongful conviction and 19-year imprisonment.

    In accordance with Local Rule 31.2 (a)(1)(A), I write to respectfully request until August 26, 2026, to file Mr. Maddix's appellant's brief. This deadline is within 91 days from the ready date.

    Thank you for your consideration.

              Respectfully submitted,

              Andrew Stengel

cc:    All counsel (by ECF)