**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: June 1, 2026
Docket #: 26-1246
Short Title: Maddix v. City of New York

DC Docket #: 1:25-cv-1909
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Hector Gonzalez

## NOTICE OF EXPEDITED APPEAL

By notice filed May 04, 2026, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than July 7, 2026, 35 days from the date of this notice. Appellees' briefs are due no later than August 11, 2026 or 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8543.