## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maddix v. City of New York _____ Docket No.: 26-1246 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Carlos H. Salguero Jr.

Firm: Venable LLP

Address: 151 W. 42nd Street

Telephone: 212.503.9816 Fax:

E-mail: chsalguero@venable.com

Appearance for: Marriott Hotel Services, Inc. and Marriott International, Inc., appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Konstantinos D. Katsiris / Venable LLP )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 2026-05-20 OR

☐ I applied for admission on .

Signature of Counsel: /s/ Carlos H. Salguero Jr.

Type or Print Name: Carlos H. Salguero Jr.