## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maddix v. City of New York, et al. _____ Docket No.: 26-1246 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joel B. Rudin, Esq.

Firm: Law Offices of Joel B. Rudin, P.C.

Address: 152 West 57th Street, 8th Floor, New York, New York 10019

Telephone: (212) 752-7600 _____ Fax: (212) 980-2968

E-mail: jbrudin@rudinlaw.com

Appearance for: Amicus Curiae National Association of Criminal Defense Lawyers
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellant )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on May 15, 2023 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Joel B. Rudin

Type or Print Name: Joel B. Rudin